UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**UPSTATE NEW YORK CARPENTERS
PENSION, HEALTH AND ANNUITY
FUNDS; et al.**

                V.                CASE NUMBER: 5:05-CV-1029(FJS/GHL)

**McCAREY CONTRACTING GROUP, INC.
and CHERYL S. SMITH, Individually**

| | |
|---|---|
| [ ] | **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict. |
| [XX] | **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED, that default judgment be entered in favor of PLAINTIFFS against DEFENDANTS, jointly and severally, in the amount of $93,602.75, and against McCAREY CONTRACTING GROUP, INC., in the additional amount of $18,431.31, pursuant to the Memorandum-Decision and Order of the Hon. Frederick J. Scullin, Jr., filed on June 30, 2006.

DATED:     June 30, 2006

                                                                  *[signature]*
                                                                 Clerk of Court

LKB:lmp